**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY

      Plaintiff,

      vs.

PARKSHORE DEVELOPMENT
CORPORATION

and

CATALINA COVE CONDOMINIUM
ASSOCIATION, INC.

and

KEEN'S CAULKING AND
WATERPROOFING

and

ABC CORPORATION I through ABC
CORPORATION X, fictitious names,

      Defendants.

Civil Action No. 07-1331 (RBK-JS)

Document Electronically Filed

RETURN DATE: March 3, 2008

**NOTICE OF MOTION FOR MOTION FOR SUMMARY JUDGMENT**

To:   Salvatore Perillo, Esquire
      Perskie Nehmad & Perillo
      P.O. Box 730
      Somers Point, NJ  08244

PLEASE TAKE NOTICE that Plaintiff Pennsylvania National Mutual Casualty Insurance Company ("PNI") moves pursuant to Fed. R. Civ. P. 56(b) for summary judgment granting declaratory relief in its favor and against defendants.

In support of the within Motion, Penn National relies upon the supporting Memorandum of Law submitted herewith. A proposed form of Order is also submitted.

Respectfully submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

Dated: January 31, 2008          BY: s/ Michael S. Savett_____
                                      Michael S. Savett, Esquire (MSS6520)
                                      WEBER GALLAGHER SIMPSON
                                      STAPLETON FIRES & NEWBY LLP
                                      1101 N. Kings Highway, Suite 405
                                      Cherry Hill, NJ  08034
                                      (856) 667-9111
                                      (856) 667-9485 FAX

                                      Attorney for Plaintiff, Pennsylvania
                                      National Mutual Casualty Insurance
                                      Company