# Guide to EIFS Construction

## SLEEVED ATTACHMENTS



Substrate

Insulation Board Adhesively or Mechanically Attached To Wall

1/4" (6 mm) Min.

Corrosion Resistant Fastener and Sleeve Set In Sealant Before Inserting Fastener

Sealant Placed Around Sleeve

Reinforcing Mesh Embedded In Base Coat

Shutter

### Fig. 1  SHUTTER ATTACHMENT

Sleeve and fastener attachment is adequate for most accessories. Downspouts, mail boxes, awnings, and other lightweight accessories may be mounted using the procedure shown. For non-structural sheathing such as gypsum board, ensure fastener(s) is placed in framing or blocking to provide rigid attachment.



### Fig. 2  WIRING PENETRATIONS

Phone lines, cable lines, outdoor speaker wire and the like may penetrate the EIFS with the use of a sleeved grommet sized to fit snugly around the wire. The grommet flange provides an area for sealant application.

Substrate

Insulation Board Adhesively Or Mechanically Attached To Wall

Corrosion Resistant Sleeved Grommet

Sealant Placed Around Grommet Flange

Reinforcing Mesh Embedded in Base Coat

Cable

Finish Coat



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA 30260
(800) 294-3462

2000 EIMA  ISSUE: 000
Printed in U.S.A.

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED. ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.   These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details, drawings, and construction practices to be followed for actual construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair. These drawings are not intended as an exclusive method for achieving desired performance.  Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper.

# Guide to EIFS Construction

10

## EIFS TERMINATION AT PROPERLY FLASHED DECK

### DECK SECTION

The EIF System is held off of deck surface to allow for installation and maintenance of sealant, facilitate removal of foreign matter which may cause water retention, and to decrease exposure of wall system to precipitation, particularly snow and ice.



Insulation Board Adhesively or Mechanically Attached To Wall

Wrap Reinforcing Mesh

Upper Flashing

Deck Board

Header Joist

Intermediate Flashing

Lower Flashing Set In A Bed Of Sealant

Reinforcing Mesh Embedded in Base Coat

Finish Coat



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA 30260
(800) 294-3462

©2000 EIMA   ISSUE: 6/00
Printed in U.S.A.

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.  THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED.  ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.  These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details, drawings, and construction practices to be followed for actual construction and use of an EIFS product and/or for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair.  These drawings and comments are intended as an exclusive method for achieving desired performance.  Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper.

# Guide to EIFS Construction

## EXPANSION JOINTS AND REVEALS



Substrate

Insulation Board Adhesively or Mechanically Attached To Wall

Gap in Sheathing

Sealant With Closed Cell Backer Rod

For Recessed Sealant Joints Slope EIFS Surface Outward To Drain

Wrap Reinforcing Mesh

Reinforcing Mesh Embedded in Base Coat

Finish Coat

### Fig. 1  FLOOR LINE EXPANSION JOINT

Expansion joints shall be installed in the EIF System as per manufacturers' recommendations but as a minimum where changes in substrate occur, where a joint exists in the substrate, and at floor lines in wood framed construction.



Substrate

Insulation Board Adhesively or Mechanically Attached To Wall

Finish Coat

Reveal

Reinforcing Mesh Used For Detail Work Lapped Onto Wall Surface

Reinforcing Mesh Embedded in Base Coat

3/4" (19 mm) Min.

### Fig. 2  AESTHETIC REVEALS

Reveals cut into the insulation board serve an aesthetic function by offering the look of joints without having to terminate the system. Grooves can also serve as a drip edge at soffits or head locations of fenestrations.



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA 30260
(800) 294-3462

©2000 EIMA   ISSUE: 6/00
Printed in U.S.A.

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED  ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.   These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details  drawings, and construction practices to be followed for actual construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair.  These drawings and comments are not intended as an exclusive method for achieving desired performance  Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper

# Guide to EIFS Construction

**12**

## CHIMNEY FLASHING



Seal Between EIF System And Chimney Cap

EIF System Held Off Of Roof Line

Metal Flashing Step Flashed With Shingles

Flashing

Chimney Cap

Sheathing

Flashing

Seal EIFS Flashing Interface

### Fig. 1  PROPER FLASHING
The flashing located on the high side of the chimney shall divert water away form the EIF System running down the side of the chimney. Turned out flashing ensures proper diversion of water

### Fig. 2  CHIMNEY WITH EIFS INSTALLED
With the EIF System terminating at the top of the turned out flashing leg and a fillet bead of sealant applied to the flashing/EIFS interface, water is diverted around the chimney.



Flashing Extending Up Chimney Behind EIFS

Sealant

Sealant With Closed Cell Backer Rod



Seal Between EIF System And Chimney Cap

EIF System Held Off Of Roof Line

Cricket Flashing

Diverter Flashing See Detail 15

### Fig. 3  EIFS CHIMNEY WITH CRICKET
Cricket detailing helps divert water around the chimney and alleviates snow and ice buildup. Diverter flashing is used anywhere an area of water shed terminates into a vertical wall

**NOTE:** Flashing shall have watertight joints. Refer to the Sheet Metal and Air Conditioning Contractors National Association (SMACNA) for Flashing Configurations.



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA  30260
(800) 294-3462

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.  THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.  These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details, drawings, and construction practices to be followed for actual construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair. These drawings are not intended as an exclusive method for achieving desired performance.  Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper.

© 2000 EIMA  ISSUE: 600
Printed in U.S.A

# Guide to EIFS Construction

13

## SOFFIT AND GABLE END

### Fig. 1   GABLE END

The frieze board should extend over the EIFS face approximately 1 1/2" (38 mm).  For less of an overlap it is advisable to terminate the EPS board 1/2" (13 mm) from the wood blocking and apply sealant with closed cell backer rod.



Flashing

Wrap Reinforcing Mesh

Frieze Board

Sealant

Insulation Board Adhesively Or Mechanically Attached To Wall



Wrap Reinforcing Mesh

Sealant

Insulation Board Adhesively Or Mechanically Attached To Wall

### Fig. 2   NON EIFS SOFFIT
Refer to the note for Figure 1



Wrap Reinforcing Mesh

Reinforcing Mesh Embedded In Base Coat

Sealant With Closed Cell Backer Rod

### Fig. 3   EIFS SOFFIT

As with all inside corners, the reinforcing mesh from both legs of the corner should lap onto the adjacent leg 8" (200 mm).  Under certain circumstances, an expansion joint may be required at the inside corner.  Refer to the manufacturer's specifications for guidelines.

Insulation Board Adhesively Or Mechanically Attached To Wall



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA 30260
(800) 294-3462

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.   These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.
The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.   These requirements differ materially.   Only the EIFS manufacturer or design professional can furnish specifications, details  drawings, and construction practices to be followed for actual  construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair.  These drawings are not intended as an exclusive method for achieving desired performance.   Alternative configurations may achieve equal or better performance.
These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper.

# Guide to EIFS Construction    14

## DORMER FLASHING



**NOTE:** Flashing shall have watertight joints. Refer to the Sheet Metal and Air Conditioning Contractors National Association (SMACNA) for Flashing Configurations.

Ridge Flashing

Valley Flashing Installed Over Shingles At Lower Termination

Dormer Shingles Over Valley Flashing

Flashing "Step Flashed" With Shingles

Dormer To Roof Flashing

### Fig. 1  FLASHINGS
Flashings should extend up wall. Where window is close to roof line, continue dormer-to-roof flashing into window opening.

Sealant With Closed Cell Backer Rod

### Fig. 2  COMPLETED DORMER
The EIF system should be terminated above the roof line to facilitate roof repairs and treatment of EIFS termination. In addition, the clearance allows for free-flow of water and minimizes accumulation of debris. Sealant with closed cell backer rod should be placed between the EIF system and gable and also around window perimeter. For gable end with frieze board see detail 13

Sealant With Closed Cell Backer Rod

Terminate EIF System Above Roof Line.



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA  30260
(800) 294-3462

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED  ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.   These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details  drawings, and construction practices to be followed for actual construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair. These drawings are not intended as an exclusive method for achieving desired performance   Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper

© 2000 EIMA   ISSUE: 9/00
Printed in U.S.A.

# Guide to EIFS Construction

## ROOF AND WALL INTERSECTION



Substrate

Shingles "Step Flashed" With Roof Flashings

Roof Shingles

### Fig. 1  FLASHING

Flashing should extend up behind EIF system. A diverter flashing should be used where ever a water shed terminates into a vertical wall (as shown)

Watertight Diverter Seams

EIFS Terminated Above Roof Line

Roof Shingles

Shingles "Step Flashed" With Roof Flashings

Sealant With Bond Breaker

### Fig. 2  EIFS INSTALLED

The EIF system should be terminated above the roof line to facilitate roof repairs and treatment of EIFS termination. In addition, the clearance allows for free-flow of water and minimizes accumulation of debris. Set the diverter flashing in a full bed of roof cement between the roof sheathing and underlayment

Seal Between Diverter and Drip Flashings

Drip Edge

Fascia

## NOTE:  Flashing shall have watertight joints.



EIFS Industry Members Association
3000 Corporate Center Drive
Morrow, GA 30260
(800) 294-3462

©2000 EIMA   ISSUE: 6/00
Printed in U.S.A

These drawings and comments are for general information only, and EIMA specifically disclaims any design or construction intent or responsibility.  THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, ISSUED OR MADE BY EIMA IN CONNECTION WITH THESE DRAWINGS AND COMMENTS OR REGARDING THE USE OF EIFS.  These drawings are not intended and should not be used as a substitute for the EIFS system manufacturer's specifications and recommended construction practices and/or for professional building design services.

The specification, design and construction of all EIFS must comply with local building codes and standards, applicable compliance reports and the individual manufacturer's system requirements.  These requirements differ materially.  Only the EIFS manufacturer or design professional can furnish specifications, details, drawings, and construction practices to be followed for actual construction and use of an EIFS product and for compliance with applicable local building codes and construction practices.  The successful installation and performance of EIFS cladding is dependent upon the proper design and construction of the adjacent materials and systems of the structure.  For these reasons, only a licensed and qualified design professional can create and issue specifications, drawings and details for actual or prospective construction or renovation using EIFS.  These drawings and comments apply only to new construction beginning in 2000, and are not intended for inspections, retrofit or repair.  These drawings are not intended as an exclusive method for achieving desired performance.  Alternative configurations may achieve equal or better performance.

These drawings and comments apply only to complete EIFS products as specifically defined in the current edition of EIMA Classification Paper.

Report of Michael W. Hyland

Wall and Exterior Finish Conditions:  Impacts of Water Infiltration and
Resultant Issues

Catalina Cove Condominium

P. 5168

# EXHIBIT C

## Finestone <u>System Design Guide 1025474</u>



## STUCCO SYSTEMS

2- and 3 coat Impact Resistant Hard-Coat Stucco Systems

## System Overview

Finestone Stucco Systems offer a highly durable, cost-effective alternative to traditional stucco. They may be installed over a variety of substrates including concrete or masonry, exposure 1 or exterior plywood sheathing (Grade C-D or better), exposure 1 OSB, exterior gypsum sheathing (ASTM C79/C1396), Dens-Glass Gold® sheathing, cement board (ASTM C1325), EPS insulation board (ASTM C578), or other approved substrate. The Finestone Stucco Systems combine the durability of a hard coat system with the design flexibility of Finestone finishes to provide superior protection and unlimited design possibilities for a variety of applications.

**Recommended Uses:** Commercial structures, such as hotels, hospitals, schools, stores, and municipal buildings, and residential applications including one- or two-family dwellings

### Stucco Systems
SYSTEM COMPONENTS

A. Substrate/Sheathing
B. Water-Resistive Barrier
C. Metal lath, Wire Mesh
   PermaLath™ or PermaLath 1000
   Reinforcement
D. Finestone Stuccobase™
E. Stuccoprime (recommended)
F. Finish Coat





The Chemical Company

# Finestone Stucco Systems

## ADVANTAGES

- High impact and puncture resistance
- Cost-efficiency
- Additional safeguards against incidental moisture intrusion
- Durability
- Trowel or spray application
- Wide selection of fade- and dirt-resistant finish textures, 64 Standard Colors and unlimited custom colors
- Economical detailing with EPS shapes

## Required Design Elements

### Expansion Joints
Required in the following locations:

Where movement is anticipated
(e.g., floor lines, canopies, carports, porte-cocheres, etc.)

Where EIFS meets dissimilar materials
(e.g., windows, doors, transitions to brick or other siding)

Where substrate materials change

At floor lines in wood frame construction where movement or cross grain shrinkage is anticipated

Minimum expansion joint size: 13 mm (½") or 4 times anticipated movement. Minimum 19 mm (¾") expansion joint required for structural movement.

### Horizontal Applications
Minimum slope: 1:2 with maximum width of 30.5 cm (12") [e.g. 15 cm in 30.5 cm (6" in 12") width].

### Substrate
Maximum substrate design deflection is L/360.

See *Finestone Approved Substrate Selector* for list of approved substrates for Finestone Stucco Systems.

### Weather-Resistive Barrier
Appropriate secondary weather-resistive barrier (Finestop or Finestop-RA) installed in accordance with *Stucco Systems Guide Specification*.

### Drainage Cavity
Create drainage channels with vertical adhesive ribbons. Installed in accordance with *Stucco Systems Guide Specification*

### Sealants, Backer Rod, Flashing
Approved sealant installed with approved backer rod or bond breaker tape shall be used at all transitions between EIFS and other structural elements such as windows, doors, vents, penetrations, transitions to dissimilar elements, etc

Flashing at windows, doors, chimneys, transitions between EIFS and roof and at other points specified shall be installed in accordance with component manufacturer's instructions.



## System Options



*Stucco*

| | |
|---|---|
| Approved Sheathing/Substrate | See *Finestone Approved Substrate Selector* |
| Air/Moisture Barrier | Required except for concrete & masonry substrates<br>Minimum required: 15lb Building Paper - ASTM D226 |
| Reinforcement | Wire Lath - ASTM C933<br>Diamond Expanded Metal Lath - ASTM C847<br>PermaLath™<br>PermaLath 1000 |
| Plaster Trim Accessories | Required  See System Support Bulletin<br>*Lath & Trim Accessories Guide* |
| Base Coat | Finestone StuccobaseTM<br>Applied to a thickness of 3/8" to 1/2" or<br>Applied as scratch and brown coats to a total thickness of<br>3/4" to 7/8" |
| Primer | Required for rilled finishes.<br>Recommended before spray application of finish<br>• Fineprime<br>• Finestone Stuccoprime<br>• Finestone Sanded Primer<br>• Finelastic Primer |
| Finish | • Top Coat<br>• Pebbletex Finish (textured)<br>• Finemist (spray)<br>• Aggrelastic (elastomeric)<br><br>Consult finish brochure for all available options |
| Sealants | Consult System Support Bulletin *Finestone Approved Sealants* |
| Limited Warranty | 3 years* |
| Additional Services Available | Plan/Detail/Specification Reviews<br>Water Vapor Transmission Analysis |

*NOTE: Extended limited warranties for materials and labor are available; please consult Finestone Technical Services for requirements

## TECHNICAL SUPPORT

For further details, specifications, questions, specific recommendations, or the most recent product information, please consult the BASF Wall Systems Technical Services Department: Toll-free 800-221-9255 or our website www.finestone.cc.

## DISCLAIMER

This information and all further technical advice are based on BASF's present knowledge and experience. However, BASF assumes no liability for providing such information and advice including the extent to which such information and advice may relate to existing third party intellectual property rights, especially patent rights. In particular, BASF disclaims all CONDITIONS AND WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE OR MERCHANTABILITY. BASF SHALL NOT BE RESPONSIBLE FOR CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES (INCLUDING LOSS OF PROFITS) OF ANY KIND. BASF reserves the right to make any changes according to technological progress or further developments. It is the customer's responsibility and obligation to carefully inspect and test any incoming goods. Performance of the product(s) described herein should be verified by testing and carried out only by qualified experts. It is the sole responsibility of the customer to carry out and arrange for any such testing. Reference to trade names used by other companies is neither a recommendation, nor an endorsement of any product and does not imply that similar products could not be used.

## RESIDENTIAL POLICY

On one- and two-family residential framed construction, FINESTONE requires that the wall system selected be one that includes provisions for moisture drainage. The choices include Pebbletex D line of drainage EIFS, FINESTONE Stucco Systems and Finescreen Cement Board Stucco Systems. There are no exceptions to this policy. Under no circumstances will FINESTONE warrant the use of any other system on this type of construction without expressed written authorization from FINESTONE. (Residential construction using EIFS on masonry (CMU) or poured concrete does not require the additional water management provisions described above.) Consult FINESTONE Technical Service Department for specific recommendations concerning all other applications.

**BASF Wall Systems**

3550 St. Johns Bluff Road South
Jacksonville, FL 32224-2614
Phone    800 • 221 • 9255
Fax       904 • 996 • 6300
www.finestone.cc

©2005 BASF Wall Systems   Printed in U.S.A.   12/05

Report of Michael W. Hyland

Wall and Exterior Finish Conditions:  Impacts of Water Infiltration and Resultant Issues

Catalina Cove Condominium

P. 5168

# EXHIBIT D

## Dryvit <u>Outsulation Standard Detail Recommendations and Specifications for the Installation of Dryvit Systems</u>

# OUTSULATION®



DS107

An Exterior Wall Insulation and Finish System

## Outsulation System
## Installation Details


An RPM Company

# TABLE OF CONTENTS

DETAIL

OUTSULATION SYSTEM OS 0.0.01
GRADE LEVEL - TERMINATION AT OS 0.0.02
  CONCRETE CURB
FOUNDATION - TERMINATION ABOVE OS 0.0.03
  GRADE
ROUGH OPENING PREPARATION OS 0.0.04
PREPARATION OF OPENING FOR- OS 0.0.05
  STOREFRONT WINDOW
PREPARATION OF OPENING FOR- OS 0.0.06
  NAIL-ON WINDOW
TERMINATION AT SILL OS 0.0.07
TERMINATION AT JAMB OS 0.0.08
TERMINATION AT HEAD OS 0.0.09
TERMINATION AT HEAD- OS 0.0.10
  SOLID SUBSTRATE
EPS PREPARATION AT WALL PENETRATIONS OS 0.0.11
WOOD FRAMING - EXPANSION JOINT OS 0.0.12
  AT FLOOR LINE
LIGHT GAUGE FRAMING - OS 0.0.13
  EXPANSION JOINT AT FLOOR LINE
TERMINATION AT PARAPET - OS 0.0.14
  CAP FLASHING
TERMINATION AT PARAPET - OS 0.0.15
  SOLID SUBSTRATE
PARAPET/WALL TERMINATION OS 0.0.16
SOFFIT WITH FASCIA EXTENDED DRIP OS 0.0.17
SOFFIT ROUTER CUT DRIP OS 0.0.18
SOFFIT WITH EXPANSION JOINT OS 0.0.19
SOFFIT - UNINSULATED OS 0.0.20
OUTSIDE CORNER OS 0.0.21
OUTSIDE CORNER - HIGH IMPACT OS 0.0.22
STRUCTURAL EXPANSION JOINT OS 0.0.23
OUTSULATION EXPANSION JOINT - OS 0.0.24
  DISSIMILAR SUBSTRATES
STRUCTURAL EXPANSION JOINT - OS 0.0.25
  INSIDE CORNER
STRUCTURAL EXPANSION JOINT - OS 0.0.26
  OUTSIDE CORNER
PENETRATIONS OS 0.0.27
SIGN ATTACHMENT OS 0.0.28

DETAIL

OUTSULATION APPLIED OVER OS 0.0.29
  METAL LATH
AESTHETIC REVEALS OS 0.0.30
PROJECTING GRAPHICS OS 0.0.31
RECESSED GRAPHICS OS 0.0.32
TERMINATION AT DECK-SECTION OS 0.0.33
TERMINATION AT DECK-CUT AWAY OS 0.0.34
TERMINATION AT SLOPED ROOF OS 0.0.35
TERMINATION AT ROOF OS 0.0.36
  STOP FLASHING

## NOTE

DRYVIT MAKES NO REPRESENTATION REGARDING CONFORMITY OF ITS SUGGESTIONS TO MODEL BUILDING CODES, ENGINEERING CRITERIA, SPECIFIC APPLICATIONS OR PROJECT LOCATIONS. ALL COMPONENTS INDICATED IN ILLUSTRATIONS, AS WELL AS OTHERS THAT MAY BE REQUIRED FOR THE INTEGRITY OF THE SYSTEM SHALL BE DESIGNED, DETAILED AND ENGINEERED BY REPRESENTATIVES OF THE ARCHITECT, OWNER OR CONTRACTOR TO BE IN CONFORMANCE WITH MODEL CODES, ARCHITECTURAL AND ENGINEERING REQUIREMENTS PERTAINING TO SPECIFIC BUILDING PROJECTS.

DRYVIT MAKES NO WARRANTY, EXPRESSED OR IMPLIED, AS TO THE ARCHITECTURAL DESIGN, ENGINEERING, OR WORKMANSHIP OF PROJECTS UTILIZING DRYVIT SYSTEMS OR PRODUCTS.

THE LIABILITIES OF DRYVIT SHALL BE AS STATED IN THE DRYVIT STANDARD WARRANTY. CONTACT DRYVIT FOR A FULL AND COMPLETE COPY OF THIS WARRANTY.

# Outsulation® System

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 10 | 05/06 |



## OS 0.0.01

**NORMAL IMPACT**

- SUBSTRATE
- DRYVIT ADHESIVE
- EPS INSULATION
- DRYVIT BASE COAT
- DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
- DRYVIT BASE COAT
- DRYVIT FINISH
- BY OTHERS
- DRYVIT OUTSULATION SYSTEM

**HIGH IMPACT**

- SUBSTRATE
- DRYVIT ADHESIVE
- EPS INSULATION
- DRYVIT BASE COAT
- PANZER 15 OR 20 REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
- DRYVIT BASE COAT
- DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
- DRYVIT BASE COAT
- DRYVIT FINISH
- BY OTHERS
- DRYVIT OUTSULATION SYSTEM

# Outsulation® System

Outsulation System

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 08/06 |

## OS 0.0.02



BY OTHERS

DRYVIT OUTSULATION SYSTEM

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WRAP DRYVIT DETAIL MESH® 51 MM (2") MINIMUM AT UNDERSIDE OF EPS

DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACE TO RECEIVE SEALANT

19 MM (3/4") MIN.

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS

# Outsulation® System

### Grade Level - Termination At Concrete Curb

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC. OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 10/06 |

# OS 0.0.03



BY OTHERS ── DRYVIT OUTSULATION SYSTEM

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WRAP DRYVIT DETAIL MESH®
51 MM (2") MINIMUM AT
UNDERSIDE OF EPS

DRYVIT COMPATIBLE
SEALANT WITH BOND
BREAKER, BY OTHERS

610 MM (2'-0") Max
(SEE NOTE 2)

203 MM (8") MIN ABOVE
FINISHED GRADE OR AS
REQUIRED BY LOCAL CODE

DRYVIT DRYFLEX™ WATER
RESISTANT BASE COAT
AND DRYVIT FINISH

## Outsulation® System

Foundation - Termination Above Grade

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 EXPANSION JOINT IS REQUIRED ALONG TOP
OF FOUNDATION IF 610 MM (2'-0") DIMENSION
IS EXCEEDED

3 SLOPE GRADE AWAY FROM WALL

4 STOP FINISH APPROXIMATELY 51 MM (2")
BELOW GRADE

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 08/06 |

**OS  0.0.04**



APPLY DRYVIT AQUAFLASH® SYSTEM
AT SILL, EXTENDING UP JAMBS
MINIMUM 64 MM (2 ½") AND INSTALL
CORNER SPLICES (SEE NOTE 3)

**STEP #1**



APPLY DRYVIT AQUAFLASH
SYSTEM AT JAMBS LAPPING
OVER SILL APPLICATION
(SEE NOTE 3)

**STEP #2**



APPLY DRYVIT AQUAFLASH
SYSTEM AT HEAD LAPPING
OVER JAMB APPLICATION
(SEE NOTE 3)

**STEP #3**

# Outsulation® System

Rough Opening Preparation

NOTE:

1  DRYVIT AQUAFLASH SHALL EXTEND TO
   INTERIOR FACE OF FRAMING
2  REFER TO OS 0.0.05, 0.0.06 FOR
   INTEGRATION OF SILL FLASHING

3  DRYVIT FLASHING TAPE SURFACE
   CONDITIONER™ AND DRYVIT FLASHING
   TAPE™ MAY BE USED IN LIEU OF
   AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 3 | 05/06 |

# OS 0.0.05




(SEE NOTES 1 AND 2)

51 MM (2") MIN

STEP 1: PREPARE OPENING AS PER OS 0.0.04. INSTALL
SILL PAN FLASHING AND SECURE TO FRAMING AND
BLOCKING. SHIM UNDERSIDE OF FLASHING TO
ENSURE INCIDENTAL MOISTURE IS DIRECTED TO
THE EXTERIOR FACE OF THE WALL,
(SEE NOTES 1,2 AND 3)

STEP 2: APPLY DRYVIT AQUAFLASH® SYSTEM
SPLICES OVER UPTURNED LEGS OF PAN
FLASHING (SEE NOTE 3)




64 MM
(2 ½") MIN

STEP 3: INSTALL WINDOW UNIT AND ASSOCIATED
HEAD FLASHING (SEE DETAIL 0.0.09)

STEP 4: INSTALL EIFS AND APPLY BACKER
ROD AND SEALANT ALONG JAMBS
AND AT SYSTEM TERMINATIONS,
ALSO ALONG EDGES OF FLASHING

# Outsulation® System

Preparation of Opening for Storefront Window

NOTES

1  PAN FLASHING SHOULD OVERLAP EIFS MIN 2 1/2"
MEASURED FROM THE TOP OF THE EPS
2  PAN FLASHING MUST HAVE WATERTIGHT SEAMS
3  DRYVIT FLASHING TAPE SURFACE CONDITIONER™
AND DRYVIT FLASHING TAPE™ MAY BE USED IN
LIEU OF AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional.  All systems must comply with local building codes and
standards  This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this  detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project  Use of a functionally equivalent detail
does not violate Dryvit's warranty.  This detail is subject to change
without notice  Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 4 | 05/06 |

# OS 0.0.06





51 MM (2") MIN

64 MM
(2 ½") MIN

(SEE NOTES 1,2 AND 5)

STEP 1: APPLY DRYVIT AQUAFLASH®
SYSTEM AT SILL PER OS 0.0.04
AND SECURE FLASHING TO
FRAMING
(SEE NOTES 1,2,5 AND 7)

STEP 2: INSTALL SILL PAN FLASHING  SHIM
UNDERSIDE OF PAN FLASHING TO
ENSURE WATER RUN OFF
(SEE NOTE 2)







STEP 3: APPLY DRYVIT AQUAFLASH SYSTEM
OVER METAL FLASHING TRANSITION
AND AT JAMBS LAPPING OVER
UPTURNED LEGS OF PAN FLASHING (SEE
NOTES 1,2,5 AND 7)

STEP 4: INSTALL WINDOW UNIT AND
ASSOCIATED HEAD FLASHING.

STEP 5: INSTALL EIFS AND APPLY BACKER ROD AND
SEALANT ALONG JAMBS AND AT SYSTEM
TERMINATIONS, ALSO ALONG EDGES OF
FLASHING (SEE NOTES 3,4,5 AND 6)

# Outsulation® System

Preparation of Opening for Nail-On Window

NOTES

1 PAN FLASHING SHOULD OVERLAP EIFS MIN 64
MM (2 1/2") MEASURED FROM THE TOP OF THE
EPS

2 PAN FLASHING MUST HAVE WATER
TIGHT SEAMS

3 MECHANICAL FASTENERS SHOULD BE USED TO
ATTACH SILL TRIM PIECE

4 EIFS AT SILL SHALL BE SLOPED FOR DRAINAGE

5 APPLY DRYVIT AQUAFLASH SYSTEM AT
SILL (SEE DETAIL OS 0.0.04)

6 ADHESIVE ONLY APPLICATION IS
ACCEPTABLE WHEN USING THE
AQUAFLASH SYSTEM

7 DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF
AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this  detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project.  Use of a functionally equivalent detail
does not violate Dryvit's warranty.  This detail is subject to change
without notice.  Contact Dryvit to insure you have the most recent
version.



dryvit®

| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 4 | 05/06 |

# OS 0.0.07



AIR SEAL PER WINDOW MANUFACTURES
REQUIREMENT, BY OTHERS

WINDOW SYSTEM
AND SHIMS

DRYVIT AQUAFLASH® SYSTEM
(SEE NOTE 2)

WRAP DRYVIT DETAIL MESH® 51 MM (2")
MINIMUM AT UNDERSIDE OF EPS

CONTINUOUS FLASHING, BY OTHERS.
TURN UP 12.7MM (½") MIN AT JAMBS
(SEE INSET)

64MM (2 ½") MIN.

DRYVIT-COMPATIBLE SEALANT
WITH BOND BREAKER, BY OTHERS

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

BY OTHERS ———— DRYVIT OUTSULATION SYSTEM

64MM
(2-1/2") MIN

12.7MM (1/2")

## SILL PAN FLASHING
### DETAIL

# Outsulation® System

### Termination at Sill

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF
AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV. | DATE: |
|---|---|---|
| RS | 14 | 08/06 |

## OS 0.0.08



AIR SEAL PER WINDOW
MANUFACTURES
REQUIREMENT, BY OTHERS

WINDOW SYSTEM
AND SHIMS

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

BY OTHERS

DRYVIT OUTSULATION SYSTEM

EPS INSULATION

WRAP DRYVIT DETAIL MESH® ·
51 MM (2") MIN AT UNDERSIDE OF EPS

DRYVIT AQUAFLASH® SYSTEM
(SEE NOTE 3)

DRYVIT-COMPATIBLE SEALANT
WITH CLOSED CELL BACKER ROD
BY OTHERS (SEE NOTE 2)

19 MM (3/4") MIN

DRYVIT DEMANDIT® OR
COLOR PRIME™ ON SURFACE
TO RECEIVE SEALANT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

# Outsulation® System

Termination at Jamb

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS. HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 SEALANT SHOULD NOT BE IN DIRECT
CONTACT WITH FLASHING TAPE ADHESIVE;
STAINING COULD OCCUR

3 DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING TAPE™
MAY BE USED IN LIEU OF AQUAFLASH
SYSTEM

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 13 | 08/06 |

## OS 0.0.09

BY OTHERS ——————— DRYVIT OUTSULATION SYSTEM

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

APPLY DRYVIT AQUAFLASH® SYSTEM
OVER LEG OF HEAD FLASHING
(SEE NOTE 2)

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN. AT UNDERSIDE OF EPS

DRYVIT AQUAFLASH SYSTEM
(SEE NOTE 2)

DRYVIT DEMANDIT® OR COLOR PRIME™ ON
SURFACE TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

19 MM (3/4") MIN.

CONTINUOUS FLASHING AND
SEALANT (BY OTHERS)

AIR SEAL PER WINDOW
MANUFACTURES
REQUIREMENT, BY OTHERS

WINDOW SYSTEM
AND SHIMS

# Outsulation® System

Termination at Head

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF
AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



dryvit®

| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 14 | 08/06 |

**OS 0.0.10**



BY OTHERS ——————— DRYVIT OUTSULATION SYSTEM

SOLID SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT AQUAFLASH® SYSTEM
OVER LEG OF HEAD FLASHING
(SEE NOTE 2)

DRYVIT AQUAFLASH SYSTEM
(SEE NOTE 2)

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACE TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

19 MM (3/4") MIN

CONTINUOUS FLASHING AND
SEALANT, BY OTHERS

WINDOW SYSTEM
AND BLOCKING

AIR SEAL PER WINDOW
MANUFACTURES
REQUIREMENT, BY OTHERS

# Outsulation® System

Termination at Head-Solid Substrate

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF
AQUAFLASH SYSTEM

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project.  Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.11

EPS INSULATION (SEE NOTE 1)

BACK WRAP INSULATION BOARD
WITH DRYVIT DETAIL MESH®

DRYVIT DETAIL MESH
241 MM (9 1/2") X 305 MM (12") (TYP)
(SEE NOTE 2)

## Outsulation® System

EPS Preparation at Wall Penetrations

NOTES:

1  LOCATE INSULATION BOARDS SUCH THAT
   BOARD EDGES DO NOT ALIGN WITH CORNERS
   OF PENETRATION

2  APPLY A PIECE OF 241 MM (9 1/2") X 305 MM
   (12") DETAIL REINFORCING MESH DIAGONALLY
   AT EACH CORNER

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 05/06 |

# OS 0.0.12



BY OTHERS ── DRYVIT OUTSULATION SYSTEM

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER ROD,
BY OTHERS

19 MM (3/4") MIN

SLOPE BOTTOM SURFACE
1/5 MIN. OUTWARD TO DRAIN

DRYVIT DEMANDIT® OR
COLOR PRIME™ ON SURFACES
TO RECEIVE SEALANT

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE
OF EPS

WOOD FRAMING

SUBSTRATE

DRYVIT ADHESIVE

SEE NOTE 3

## Outsulation® System

Wood Framing - Expansion Joint At Floor Line

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 EXPANSION JOINT IS INTENDED TO
ACCOMMODATE CROSS GRAIN SHRINKAGE
OF FLOOR BEAMS
3 LOCATE EXTERNAL SEALANT JOINT WITHIN
51 MM (2") BELOW BREAK IN SHEATHING

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 08/06 |

# OS 0.0.13



BY OTHERS —————— DRYVIT OUTSULATION SYSTEM

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

SEE NOTE 3

19 MM (3/4") MIN

SLIP TYPE
CONNECTION

SLOPE BOTTOM SURFACE 1/5 MIN
OUTWARD TO DRAIN

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN. AT UNDERSIDE OF EPS

## Outsulation® System   Light Gauge Framing - Expansion Joint At Floor Line

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS. HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 EXPANSION JOINT IS INTENDED TO
ACCOMMODATE MOVEMENT AT SLIP
CONNECTION
3 LOCATE EXTERNAL SEALANT JOINT WITHIN
51 MM (2") BELOW BREAK IN SHEATHING

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards  This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project  The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project.  Use of a functionally equivalent detail
does not violate Dryvit's warranty.  This detail is subject to change
without notice  Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 08/06 |

## OS 0.0.14



PARAPET COPING ASSEMBLY, BY OTHERS

64 MM (2 1/2") MIN

DRYVIT COMPATIBLE SEALANT WITH BOND BREAKER, BY OTHERS

WRAP DRYVIT REINFORCING MESH AND BASE COAT OVER TOP OF FRAMING (SEE NOTE 2)

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

ROOF ASSEMBLY

BY OTHERS ——— DRYVIT OUTSULATION SYSTEM

# Outsulation® System

Termination at Parapet-Cap Flashing

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, DRYVIT AQUAFLASH® SYSTEM OR DRYVIT FLASHING TAPE SURFACE CONDITIONER™ AND DRYVIT FLASHING TAPE™ MAY BE USED TO PROVIDE ADDITIONAL PROTECTION AT THE TOP OF A PARAPET WALL

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

## OS 0.0.15



PARAPET COPING ASSEMBLY,
BY OTHERS

WRAP DRYVIT DETAIL
MESH 51 MM (2") MIN
AT UNDERSIDE OF EPS
(SEE NOTE 2)

64 MM (2 1/2") MIN.

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS

DRYVIT COMPATIBLE
SEALANT WITH BOND
BREAKER, BY OTHERS

DRYVIT COMPATIBLE
SEALANT, BY OTHERS

WRAP DRYVIT REINFORCING MESH
AND BASE COAT OVER TOP OF
FRAMING (SEE NOTE 2)

ROOF FLASHING AND COUNTER
FLASHING BY OTHERS

DRYVIT ADHESIVE

203 MM (8") MIN.

EPS INSULATION

SOLID SUBSTRATE

DRYVIT REINFORCING
MESH EMBEDDED IN
DRYVIT BASE COAT

ROOF ASSEMBLY

DRYVIT FINISH

BY OTHERS

DRYVIT OUTSULATION SYSTEM

## Outsulation® System

Termination at Parapet - Solid Substrate

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, DRYVIT AQUAFLASH®
SYSTEM OR DRYVIT FLASHING TAPE
SURFACE CONDITIONER™ AND DRYVIT
FLASHING TAPE™ MAY BE USED TO
PROVIDE ADDITIONAL PROTECTION AT THE
TOP OF A PARAPET WALL

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 13 | 08/06 |

# OS 0.0.16



FLASHING SLEEVE SHOWN
IN EXPLODED VIEW

METAL COPING FLASHING
AT PARAPET WALL

DRYVIT OUTSULATION SYSTEM

ROOFING SYSTEM

ALUMINUM REGLET

EDGE/REGLET DETAIL SHOWN
IN ENLARGED SECTION VIEW

DRYVIT FINISH

OUTSULATION SYSTEM

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT
W/CLOSED CELL BACKER ROD,
BY OTHERS

ROOF FLASHING AND COUNTER
FLASHING, BY OTHERS

## Outsulation® System

Parapet/Wall Termination

NOTE:

1  APPLY AQUAFLASH® SYSTEM OR FLASHING
   TAPE™ AT WALL/SLEEVE TRANSITION

2  FLASHINGS SHALL BE CONFIGURED AND
   INSTALLED IN A WATER TIGHT FASHION
   PRIOR TO OUTSULATION INSTALLATION

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 7 | 05/06 |



OS 0.0.17



BY OTHERS ——— DRYVIT OUTSULATION SYSTEM

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING
MESH EMBEDDED IN
DRYVIT BASE COAT

DRYVIT FINISH

25 MM (1") MAX

# Outsulation® System

Soffit With Fascia Extended Drip

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
  FLOOR APPLICATIONS AND ALL FACADES
  EXPOSED TO ABNORMAL STRESS, HIGH
  TRAFFIC, OR DELIBERATE IMPACT HAVE
  THE BASE COAT REINFORCED WITH
  PANZER® MESH PRIOR TO STANDARD
  MESHᵀᴹ OR STANDARD PLUS MESHᵀᴹ
  LOCATION OF HIGH IMPACT ZONES SHOULD
  BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards  This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project  The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project  Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice  Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.18



BY OTHERS ——— DRYVIT OUTSULATION SYSTEM

— FRAMING

— SUBSTRATE

— DRYVIT ADHESIVE

— EPS INSULATION

— DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

— DRYVIT FINISH

19 MM (3/4") MIN.

DRYVIT DETAIL MESH® EMBEDDED IN DRYVIT BASE COAT

OVERLAP 64 MM (2 1/2") MIN.

## Outsulation® System

Soffit Router Cut Drip

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.19



BY OTHERS ———— DRYVIT OUTSULATION SYSTEM

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN  AT UNDERSIDE OF EPS

SUBSTRATE

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

19 MM (3/4") MIN

## Outsulation® System

Soffit With Expansion Joint

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS. HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.20



BY OTHERS — DRYVIT OUTSULATION SYSTEM

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS

25 MM (1") MAX

SUBSTRATE

DRYVIT REINFORCING MESH
EMBEDDED IN BASE COAT

DRYVIT COMPATIBLE SEALANT
WITH BOND BREAKER, BY OTHERS

# Outsulation®System

Soffit - Uninsulated

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND
  FLOOR APPLICATIONS AND ALL FACADES
  EXPOSED TO ABNORMAL STRESS. HIGH
  TRAFFIC, OR DELIBERATE IMPACT HAVE
  THE BASE COAT REINFORCED WITH
  PANZER® MESH PRIOR TO STANDARD
  MESHᵀᴺ OR STANDARD PLUS MESHᵀᴺ
  LOCATION OF HIGH IMPACT ZONES SHOULD
  BE INDICATED ON CONTRACT DRAWINGS

2 SOFFITS WITHOUT EPS INSULATION REQUIRE
  EXPANSION JOINTS EVERY  6 096 M (20 FT)

3 REFER TO DRYVIT PUBLICATION DS 173. FOR
  APPLICATION ON EXTERIOR SOFFITS

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project.  Use of a functionally equivalent detail
does not violate Dryvit's warranty.  This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



dryvit®

| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

**OS 0.0.21**



BY OTHERS ——————————— DRYVIT OUTSULATION SYSTEM

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

203 MM (8") MIN
SEE NOTES 2 AND 3

203 MM (8") MIN
SEE NOTES 2 AND 3

# Outsulation® System

Outside Corners

NOTE:

1  DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2  DOUBLE WRAP OUTSIDE CORNERS WITH
REINFORCING MESH OR USE CORNER MESH

3  DO NOT LAP REINFORCING MESH WITHIN
203 MM (8") OF A CORNER

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project  Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

## OS 0.0.22



BY OTHERS

DRYVIT OUTSULATION SYSTEM

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

PANZER® 15 OR 20 REINFORCING MESH

DRYVIT CORNER MESH

DRYVIT STANDARD OR STANDARD PLUS REINFORCING MESH OVERLAP MIN 203 MM (8") AT CORNER

DRYVIT BASE COAT

DRYVIT FINISH

203 MM (8") MIN.

## Outsulation® System

### Outside Corner - High Impact

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.23



SOLID SUBSTRATE

BY OTHERS

DRYVIT
OUTSULATION
SYSTEM

DRYVIT FINISH

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT
WRAP DRYVIT DETAIL
MESH® 51 MM (2") MIN
AT UNDERSIDE OF EPS
(SEE NOTE 2)

19 MM (3/4") MIN

FRAMING

DRYVIT ADHESIVE

EPS INSULATION

SUBSTRATE

OPTIONAL SECONDARY
SEAL, BY OTHERS

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

# Outsulation® System

Structural Expansion Joint

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, THE REINFORCED
BASE COAT EDGE WRAP MAY BE
EXTENDED ONTO THE CONCRETE
EDGE AND/OR FRAMING

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | B | 08/06 |

**OS 0.0.24**



SOLID SUBSTRATE

FRAMING

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

SUBSTRATE

BY OTHERS

DRYVIT
OUTSULATION
SYSTEM

DRYVIT ADHESIVE

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT COMPATIBLE SEALANT WITH
CLOSED-CELL BACKER ROD, BY OTHERS

19 MM (3/4") MIN

DRYVIT FINISH

EPS INSULATION

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS

# Outsulation® System

Outsulation Expansion Joint - Dissimilar Substrates

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

# OS 0.0.25



DRYVIT OUTSULATION SYSTEM ⟶ BY OTHERS

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS
(SEE NOTE 2)

DRYVIT-COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD. BY OTHERS

FRAMING

19 MM (3/4") MIN

OPTIONAL SECONDARY
SEAL, BY OTHERS

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT ADHESIVE

# Outsulation® System

Structural Expansion Joint - Inside Corner

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, THE REINFORCED BASE
COAT EDGE WRAP MAY BE EXTENDED ONTO
THE FRAMING

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| R5 | 14 | 08/06 |

# OS 0.0.26



- SUBSTRATE
- WRAP DRYVIT DETAIL MESH® 51 MM (2") MIN AT UNDERSIDE OF EPS (SEE NOTE 2)
- OPTIONAL SECONDARY SEAL, BY OTHERS
- DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACES TO RECEIVE SEALANT
- 19 MM (3/4") MIN
- DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS
- DRYVIT ADHESIVE
- EPS INSULATION
- DRYVIT REINFORCING MESH EMBEDDED IN BASE COAT
- DRYVIT FINISH

BY OTHERS ——— DRYVIT OUTSULATION SYSTEM

# Outsulation® System

Structural Expansion Joint - Outside Corner

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, THE REINFORCED BASE COAT EDGE WRAP MAY BE EXTENDED ONTO THE FRAMING

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| RS | 13 | 08/06 |

# OS 0.0.27



BY OTHERS——————— DRYVIT OUTSULATION SYSTEM

SUBSTRATE

WRAP DRYVIT DETAIL MESH®
51 MM (2") MIN AT UNDERSIDE OF EPS
(SEE NOTE 2)

OPTIONAL SECONDARY SEAL,
BY OTHERS

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT-COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

19 MM (3/4") MIN

19 MM (3/4") MIN.

DRYVIT DEMANDIT OR COLOR PRIME
ON SURFACES TO RECEIVE SEALANT

OPTIONAL SECONDARY SEAL

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

## Outsulation® System

Penetrations

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

2 AS AN OPTION, THE REINFORCED BASE
COAT EDGE WRAP MAY BE EXTENDED ONTO
THE FRAMING

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

## OS 0.0.28



DRYVIT
OUTSULATION
SYSTEM

BY OTHERS

BY OTHERS

FRAMING

SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

BLOCKING OR STRUCTURAL
SUBSTRATE AS REQUIRED

PIPE SLEEVE SET IN SEALANT

DRYVIT-COMPATIBLE
SEALANT AND BOND
BREAKER TAPE. BY OTHERS

SCREW OR BOLT ATTACHMENT
TO BUILDING FRAMING OR
STRUCTURAL SUBSTRATE

BEARING WASHER

SIGN FIXTURE

DRYVIT REINFORCING
MESH EMBEDDED IN
DRYVIT BASE COAT

DRYVIT FINISH

12 7 MM (½") MIN

# Outsulation® System

Sign Attachment

NOTE:
1 PERIMETER OF PIPE SLEEVE IS CAULKED TO
  PREVENT WATER ENTRY INTO WALL

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 05/06 |

**OS 0.0.29**



METAL OR
WOOD STUDS

SUBSTRATE

DRYVIT ADHESIVE (KEYED INTO LATH)

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

14 KG/M² (2.5 LBS/YD²) OR 18 KG/M²
(3.4 LBS/YD²) GALVANIZED EXPANDED
METAL LATH (BY OTHERS)

ATTACH METAL LATH TO STRUCTURAL
FRAMING USING APPROPRIATE
FASTENERS (BY OTHERS)

EPS INSULATION

DRYVIT FINISH

BY OTHERS — DRYVIT OUTSULATION SYSTEM

BRICK, MASONRY
OR CONCRETE
CONSTRUCTION

ATTACH METAL LATH TO SUBSTRATE
USING APPROPRIATE FASTENERS OR
ANCHORS (BY OTHERS)

14 KG/M² (2.5 LBS/YD²) OR 18 KG/M²
(3.4 LBS/YD²) GALVANIZED EXPANDED
METAL LATH (BY OTHERS)

DRYVIT ADHESIVE (KEYED INTO LATH)

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

# Outsulation® System

Outsulation Applied Over Metal Lath

NOTE:
1 DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD
MESH™ OR STANDARD PLUS MESH™
LOCATION OF HIGH IMPACT ZONES SHOULD
BE INDICATED ON CONTRACT DRAWINGS

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 08/06 |

**OS 0.0.30**



19 MM (3/4") MIN

DRYVIT DETAIL MESH® EMBEDDED IN DRYVIT BASE COAT

OVERLAP 64 MM (2 1/2")

FRAMING MEMBER
SUBSTRATE
DRYVIT ADHESIVE
EPS INSULATION
DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
DRYVIT FINISH

BY OTHERS —— DRYVIT OUTSULATION SYSTEM

# Outsulation® System

Aesthetic Reveals

NOTE:

1 DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD MESH™ OR STANDARD PLUS MESH™ LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS

2 SLOPE BOTTOM EDGE OF REVEAL FOR POSITIVE DRAINAGE

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 17 | 08/06 |



# OS 0.0.31



SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

BY OTHERS

DRYVIT
OUTSULATION
SYSTEM

OVERLAP 64 MM (2 1/2")

SUBSTRATE
DRYVIT REINFORCING MESH
LAPPED 64 MM (2 1/2") MIN
EPS INSULATION
DRYVIT FINISH
DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT
DRYVIT ADHESIVE

# Outsulation® System

Projecting Graphics

NOTE:

1  MAXIMUM THICKNESS OF EPS BUILT OUT
   SHAPES SHALL NOT EXCEED 305 MM (12
   INCHES) AT ANY POINT MEASURED FROM THE
   SUBSTRATE

2  PERCENTAGE OF WALL AREA COVERED BY
   EPS FOAM SHAPES IN EXCESS OF 102 MM (4
   IN ) IN THICKNESS SHALL NOT EXCEED 15%

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional.  All systems must comply with local building codes and
standards  This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project  The project design professional determines. In its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project.  Use of a functionally equivalent detail
does not violate Dryvit's warranty.  This detail is subject to change
without notice  Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 12 | 05/06 |

# OS 0.0.32



SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

BY OTHERS

19 MM (3/4") MIN

DRYVIT
OUTSULATION
SYSTEM

OVERLAP 64 MM (2 1/2") MIN

DRYVIT FINISH
SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION
DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT
DRYVIT REINFORCING MESH
LAPPED 64 MM (2 1/2") MIN

# Outsulation® System

Recessed Graphics

NOTES:
1 SLOPE BOTTOM EDGE OF HORIZONTAL
RECESSES FOR POSITIVE DRAINAGE

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this
detail and for the architecture, design, engineering or workmanship of
any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 11 | 05/06 |

# OS 0.0.33



DRYVIT ADHESIVE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

WOOD DECK BOARDS

51 MM (2") MIN

FLASHING NO. 3, BY OTHERS, EXTEND UP
BEHIND EPS INSULATION 76 MM (3")

FLASHING NO. 2, BY OTHERS, EXTEND UP
BEHIND FLASHING NO. 3 76 MM (3") MIN

FLASHING NO. 1, BY OTHERS,
EXTEND UP BEHIND FLASHING
NO. 2 76 MM (3") MIN

WOOD SUPPORT STRIP
WOOD DECK FRAMING

25 MM (1") MIN.

64 MM (2-1/2") MIN

DRYVIT COMPATIBLE SEALANT
WITH BOND BREAKER, BY OTHERS

WRAP DRYVIT DETAIL MESH® 51 MM
(2") MIN AT BACKSIDE OF EPS BOARD

SUBSTRATE

## Outsulation® System

Termination at Deck - Section

NOTE:
1 THESE DETAILS DO NOT APPLY TO
CANTILEVERED DECKS CANTILEVERED DECKS
REQUIRE JOB SPECIFIC FLASHING DETAILS

2 WHEN FLASHING NUMBER 1 IS IN PLACE, EPS
WILL NEED TO BE PRE WRAPPED WITH BASE
COAT AND MESH

3 REFER TO OS 0.0.34 FOR DECK
CUTAWAY DETAIL

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of
this detail and for the architecture, design, engineering or workmanship
of any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 6 | 05/06 |

## OS 0.0.34



FLASHING NO 2,
BY OTHERS

END JOIST

DRYVIT COMPATIBLE
SEALANT WITH BOND
BREAKER, BY OTHERS

51 MM
(2") MIN

FLASHING NO 3, BY
OTHERS TURNED DOWN
OVER END JOIST

FLASHING NO 1,
BY OTHERS

51 MM (2") MIN

DECK BOARD

# Outsulation® System

Termination at Deck - Cut Away

NOTES:

1 THESE DETAILS DO NOT APPLY TO
CANTILEVERED DECKS CANTILEVERED
DECKS REQUIRE JOB SPECIFIC FLASHING
DETAILS

2 REFER TO OS 0 0 33 FOR DECK SECTION DETAIL

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of
this detail and for the architecture, design, engineering or workmanship
of any project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent alternative
is best suited for the project. Use of a functionally equivalent detail
does not violate Dryvit's warranty. This detail is subject to change
without notice. Contact Dryvit to insure you have the most recent
version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 6 | 05/06 |

**OS 0.0.35**



FRAMING

SUBSTRATE

EPS INSULATION

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT FINISH

ROOFING SHINGLES

51 MM (2") MIN

ROOF DIVERTER
(NOTE 2)

100°

110°

152 MM
(6")

305 MM
(12")

152 MM
(6")

ROOFING UNDERLAYMENT,
BY OTHERS (SEE NOTE 3)

ROOF STEP FLASHING,
BY OTHERS

ROOF DIVERTER FLASHING,
BY OTHERS (SEE NOTE 2)

GUTTER SYSTEM SLOPED
AWAY FROM WALL

# Outsulation® System

### Termination at Sloped Roof

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.

NOTE:

1   EXTEND DIVERTER FLASHING
(KICKOUT) A MINIMUM OF 25 MM
(1") BEYOND FACE OF SYSTEM

2   ROOF DIVERTER TO BE MADE FROM
CORROSION RESISTANT MATERIAL MIN
24 GAGE WITH WATER TIGHT SEAMS

3   EXTEND ROOFING UNDERLAYMENT
127 MM (5") UP VERTICAL WALL
BEHIND METAL FLASHING

4   METAL FLASHINGS ARE 254 MM (10") X 51 MM
(2") LONGER THAN THE EXPOSED PORTION OF
THE ROOFING SHINGLE AND ARE BENT IN HALF
TO ALLOW FOR TWO 127 MM (5") LEGS
ALTHOUGH NOT SHOWN, METAL FLASHINGS ARE
STEP FLASHED (INTERWOVEN) WITH ROOFING
SHINGLES



dryvit®

| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 3 | 05/06 |

# OS 0.0.36



SHINGLES

FASCIA BOARD

ROOF STOP FLASHING,
BY OTHERS

ROOF/WALL FLASHING,
BY OTHERS



102 MM (4") MIN

51 MM (2") MIN

ROOF SHINGLES
GLUED TO FLASHING

DRYVIT COMPATIBLE
SEALANT, BY OTHERS

## Outsulation® System

Termination at Roof Stop Flashing

The architecture, engineering and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent alternative is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to insure you have the most recent version.



| APPROVED BY: | REV: | DATE: |
|---|---|---|
| DAW | 1 | 05/06 |

Report of Michael W. Hyland

Wall and Exterior Finish Conditions:  Impacts of Water Infiltration and Resultant Issues

Catalina Cove Condominium

P. 5168

# EXHIBIT E
# Excerpts from Andersen Windows Installation and Assembly Guides

Case 1:07-cv-01331-RBK-JS   Document 17-11   Filed 01/31/08   Page 53 of 65

# Narrow Joining

## for Andersen® Casement, Awning, and Picture Windows



---

### INSTALLER: Please leave this guide with the building owner to file for future reference.

Congratulations! You have just purchased one of the many fine Andersen products. For ease of installation and continued enjoyment of your Andersen product, please read and follow this Instruction Guide completely. You may direct any questions about this or other products to your local Andersen dealer. Andersen dealers can be found in the Yellow Pages under Windows. Thank you for choosing Andersen.

---

### Important Safety, Assembly, and Installation Information

Proper assembly, installation and maintenance of Andersen products is essential if the benefits of experienced product design and engineering, quality materials, and skilled workmanship are to be fully attained. General recommendations regarding assembly and installation are guidelines only. Every assembly and installation is different (windloads, structural support, etc.) and, Andersen strongly recommends consultation with an Andersen supplier or an experienced contractor, architect, or structural engineer prior to the assembly and installation of any Andersen product. Assembly and installation of Andersen products is the sole responsibility of the architect, building owner, contractor and/or consumer and Andersen has no responsibility in this regard.

---

| ⚠ WARNING | ⚠ WARNING | ⚠ WARNING |
|---|---|---|
| Use of ladders and/or scaffolding and working at elevated levels may be hazardous. Follow equipment manufacturer's instructions for safe operation. Use extreme caution when working around window and door openings. Personal injury and/or falls could occur. | Improper use of hand or power tools could result in personal injury and/or product damage. Follow equipment manufacturer's instructions for safe operation. Always wear safety glasses. | Weight of window and door unit(s) and accessories will vary. Use a reasonable number of people with sufficient strength to lift, carry, and install window and door unit(s) and accessories. Always use appropriate lifting techniques. |

---

### ⚠ CAUTION

- Unless specifically ordered, Andersen windows are not equipped with safety glass, and if broken, could fragment causing injury. Many laws and building codes require safety glass in locations adjacent to or near doors. Andersen windows are available with safety glass that may reduce the likelihood of injury when broken. Information on safety glass is available from your local Andersen dealer.
- Do not apply any type of film to glass. Thermal stress conditions resulting in glass damage could occur.
- The use of movable insulating materials such as window coverings, shutters, and other shading devices may damage glass and/or vinyl. In addition, excessive condensation may result causing deterioration of window unit.

---

Copyright © Andersen® Corporation, Bayport, MN 1999, All rights reserved.   Instruction Guide 0000368   Rev. A   Revised 11/02/99

## Parts included

(1)   Two Part Mull Joining Strip
(1)   Head Flashing
(2)   Gusset Plates
(1)   Trim Strip

### Additional Required Parts

Andersen® Wood Casing

### Tools Required for Procedure

- Safety Glasses
- Sharp Utility Knife
- Hammer
- Wood Block
- Small Pry Bar
- Clamps
- Caulk Gun

- Silicone Primer
- Silicone Sealant
- Backer Rod
- #8 x 2-1/4", #8 x 2-1/2" or
- #8 x 2-3/4" Screws
- 1-1/4" (3d) Finish Nails
- 1" (2d) Finish Nails
- 1/2" Fasteners



Two Part Mull Joining Strip

Gussett Plates

Head Flashing

Trim Strip

---

## 1. Unit Preparation

- Position units interior side up on a clean, flat work surface.
- Remove protection blocks behind *Installation Flanges* from corners and side of jambs to be joined.
- Cut and remove *Installation Flanges* with a sharp utility knife on sides to be joined. For mullion joining (side by side), leave an overlap on bottom of right-hand unit. For transom Joining (stacked units), leave an overlap on both sides at bottom of top unit.



Utility Knife

Installation Flange

Andersen® Casement, Awning, and Picture Windows                    **Narrow Joining**

## 2. Remove Inside Stops

**⚠ CAUTION**

The Side Stop on the Lock side of tandem lock Casement units has an underlying lock mechanism. Use caution when removing Side Stop on the Lock side to avoid damage to lock mechanism and/or Side Stop.



Head Stop (remove first)
Side Stop (remove second)
Side Stop (remove second)
Sill Stop (remove First)

- Turn units interior side up.
- Carefully remove all *Inside Stop* nails with a hammer and block of wood.
- Remove the *Head* and *Sill Inside Stops* before *Side Stops*. Insert a small pry bar between frame and stops and gently pry outwards.

## 3. Apply Mull Joining Strip

- Apply one half of *Mull Joining Strip* to each jamb, make sure it's flush with bottom of *Groove* in jamb. Locate dado ends towards center of jambs with longest side outward.
- Secure *Mull Joining Strips* using 1" (2d) Finish Nails spaced 12" apart.



Mull Joining Strip

Groove

## 4. Align Units

- Draw units together and slide to interlock *Dadoes* in *Mull Joining Strips*.
- Make sure head and sill of both units are aligned flush.



Mull Joining Strip

Dadoes

Andersen® Casement, Awning, and Picture Windows                    **Narrow Joining**

## 5. Secure Units

**⚠ CAUTION**

Pilot holes must be drilled to prevent product damage.



Clamp

Kerf

Mull Joining Strip

- *Clamp* joined units together making sure head and sill are flush.
- Cross screw through frames of both units staggering #8 x 2-1/4" screws 6" to 8" apart. Keep fasteners from edge of vinyl cladding. Care should be taken not to drive fasteners through *Kerf* in *Mull Joining Strip*.

* Details are shown with trim and stops applied.
* Vertical or Horizontal Join refers to the orientation of the Mull Joining Strip.



| | |
|---|---|
| Vertical Join: | Awning to Awning |
| Horizontal Join: | Casement to Casement |
| Screw Length: | #8 x 2-1/4" Screw |




| | |
|---|---|
| Vertical Join: | Casement to Casement |
| Horizontal Join: | Awning to Awning |
| Screw Length: | #8 x 2-3/4" Screw |



| | |
|---|---|
| Vertical Join: | Awning to Casement |
| Horizontal Join: | Casement to Awning |
| Screw Length: | #8 x 2-1/2" Screw |



| | |
|---|---|
| Vertical Join: | Picture to Picture |
| Horizontal Join: | Picture to Picture |
| Screw Length: | #8 x 2-3/4" Screw |



| | |
|---|---|
| Vertical Join: | Awning to Picture |
| Horizontal Join: | Casement to Picture |
| Screw Length: | #8 x 2-1/2" Screw |



| | |
|---|---|
| Vertical Join: | Casement to Picture |
| Horizontal Join: | Awning to Picture |
| Screw Length: | #8 x 2-3/4" Screw |

## 6. Apply Gusset Plates

- Apply *Gusset Plates* and secure with 1/2" Fasteners.
- Remove *Clamps*.

**NOTICE**

For transporting mulled unit, apply a 2" x 4" wood skid at the sill over the Gusset Plate. For units wider than 4 feet, attach an additional wood brace over the Gusset Plates at the head.



Clamp

Gusset Plate

Andersen® Casement, Awning, and Picture Windows

**Narrow Joining**

## 7. Apply Outside Trim Strip

- Turn unit over so exterior side is up.
- Apply a light coating of Silicone Primer to all silicone contact surfaces with a stiff brush. Allow primer to dry until all the solvent evaporates.
- Apply a 3/16" bead of silicone sealant to both sides of *Outside Trim Strip*.
- Apply *Outside Trim Strip* between units.
- Using a hammer and wood block, carefully tap *Outside Trim Strip* between units until seated. Clean off any excess silicone sealant squeeze-out immediately.



### For OPTIONAL ASSEMBLY WITHOUT TRIM PIECE:

- Apply a light coating of Silicone Primer to all silicone contact surfaces with a stiff brush. Allow primer to dry until all the solvent evaporates. Insert backer rod to 3/8" depth, full length of groove. Apply appropriate color silicone sealant full length. Tool to concave surface below face of jambs.



### For MULTIPLE UNIT JOINING INTERSECTIONS:

- Follow procedure for continuous *Outside Trim Strip* first. Fill voids with silicone sealant at intersections before applying remaining trim. Apply horizontal *Trim Strip* to vertical *Trim Strip* at intersection.



## 8. Reapply Inside Stops

⚠️ **CAUTION**

When reapplying Side Stop on the Lock side of tandem lock casement units, nail through existing holes. Failure to do so could result in damage to underlying lock mechanism.

- Position *Side Inside Stops* first, then *Head* and *Sill Inside Stops* in frame groove and reapply by tacking into place with 1-1/2" (4d) Finish Nails. Leave approximately 1/8" of nail head exposed to assist in removal of *Inside Stops* for finishing



## 9. Apply Head Flashing



⚠ **CAUTION**

When applying Head Flashing, the temperature of the units and flashing must be 60° F (15.6° C) or warmer. Insufficient adhesion may result if applied at colder temperatures.

- Clean surface of frame about 6" on both sides of *Mullion Joint*.
- Seal all ends of *Trim Strip* with silicone sealant. Tool smooth.
- Remove Protective Backing from adhesive strip on *Head Flashing*. Center *Head Flashing* over *Mullion Joint* and press firmly to secure.

Ends of Trim Strip

Silicone Sealant

Protective Backing

Mullion Joint

Head Flashing

Andersen™ Elliptical Top Window

# Transom Joining
# Elliptical Top to Casement Window



Congratulations! You have just purchased one of the many fine Andersen™ products. For ease of installation and continued enjoyment of your Andersen® product please read and follow this Installation Guide completely. You may direct any questions about this or other products to your local Andersen® dealer. Andersen® dealers can be found in the Yellow Pages under Windows.

Installer: Please leave the Installation Guide with the home owner to file for future reference. Thank you for choosing Andersen®

**Parts Included**
(1) Joining Strip
(1) Narrow Mullion Trim Strip
(2) Gusset Plates
(6) No. 10 x 2" Flat Head Screws

**Installation Tools Needed**
· Hammer
· Utility Knife
· Clamps
· Phillips Head Screwdriver
· Wood Block
· 1" Nails or Fasteners
· 5/8" Nails or Fasteners
· 1-1/4" Finishing Nails



---

## 1. Remove Head and Sill Flange





With a sharp knife, cut and remove anchoring flanges on sill and head jambs to be joined. Leave an overlap on bottom corners as shown on elliptical top unit. Notch flange 3/8" past jamb as shown.
Position units on a flat clean surface with interior face up. Remove protection blocks.

---

## 2. Apply Joining Strip



Locate and apply joining strip to head jamb of casement unit. Flush joining strip with outer frame edge. Attach using 1" nails spaced 6" apart. Do not nail into grove in the joining strip.

---

**⚠ WARNING**

Improper use of hand or power tools could result in personal injury and/or product damage. Follow equipment manufacturer's instructions for safe operation. Always wear safety glasses.

**⚠ WARNING**

Use of ladders and/or scaffolding and working at elevated levels can be hazardous. Follow equipment manufacturer's instructions for safe operation. Use extreme caution when working around window openings. Personal injury and/or falls could occur.

**⚠ WARNING**

Weight of window and door unit(s) and accessories will vary. Use a reasonable number of people with sufficient strength to lift, carry and install window and door unit(s) and accessories. Always use appropriate lifting techniques.

Andersen™ Elliptical Top Window                                              **Installation Guide**

### 3. Remove Casement Inside Stops



Remove inside stops of casement unit. Clamp units together

### 4. Secure Units



With units clamped together, screw through head jamb of Casement unit and into sill of Elliptical Top unit with screws provided. Locate one screw 4 inches from each end and four others equally spaced between. Remove clamps and reposition inside stops. Position stops 1/32" from sash (match book cover) and nail with 1-1/4" finishing nails

### 5. Apply Gusset Plates



Apply preformed gusset plates to both sides of unit as shown and secure with 5/8" nails or fasteners

### 6. Apply Trim Strip



Turn unit over so interior side is down. Apply a continuous bead of silicone sealant to both sides of trim strip. Apply trim strip between units by tapping with a hammer and wood block until it is properly sealed. Seal both ends of trim strip with silicone sealant

## QUESTION:

## ANSWER:

*Can damaged homes be repaired and does the EIFS cladding have to be removed?*

Any repair method undertaken should render the house in a serviceable condition. Performance criterion used to determine if a serviceable condition is being sustained is a moisture assessment. A serviceable condition exists when damage or excessive moisture is not detected behind the EIFS cladding. This may be true even if the EIFS manufacturer's standard specifications and construction details were not originally followed. Localized removal of EIFS may be necessary to facilitate repairs where damage is discovered. Total removal of the cladding may not be necessary.

*What are the repair objectives?*

The primary objective of repair methods is to eliminate water intrusion. Repairs should be made where elevated moisture or structural integrity of the material is impaired. Where structural damage has occurred, those areas require replacement of decayed lumber in addition to eliminating the source of water intrusion. Areas of elevated moisture in the absence of damage or decay may require no more than eliminating the source of water intrusion. It has been discovered that undamaged but wet substrate can dry out over time once the source of the water intrusion has been eliminated. Repair methods should address leaks associated with but not limited to:

- Roofs - install effective kick-out flashing at roof to wall intersections, diverter flashing around trapped-valleys, rake flashing.
- Caulk joints - install effective caulk joints.
- Windows and doors - caulk window jam to sill joint and joints in any molding surrounding the window or door. Specially designed sill flashing is needed below most types of windows and most windows that are mulled together.
- Decks - install effective flashing.
- Chimneys - install effective cap flashing, cricket flashing at trapped valley, effective kick-out flashing for roof-rake wall intersections.
- Other penetrations - install effective caulk joint and or flashing.
- Cracks and damaged EIFS lamina - repair according to manufacturer's specifications.

Effective implies that flashing and caulking prevents water intrusion. Special care, craftsmen skill, and design consideration are required to make repairs and install flashing.

4

## QUESTION:                          ANSWER:

*What are the repair objectives? (continued)*

Repairs for every component, penetration, architectural detail and flashing detail have not been submitted or reviewed by the EIFS Review Committee. Some repair methods were developed in laboratory conditions and are currently being tested and monitored in the field for effectiveness. Preliminary test data indicates that effective repairs to some limited components frequently used in EIFS can be achieved. The repairs do not restore the windows, flashing or EIFS to match the EIFS manufacturer's original specifications or details, but focus on eliminating leaks by modifying the as-built conditions. The effectiveness of any repair is dependent upon accurate diagnosis of the source of water intrusion and the skill of the contractor making the repair. The repair is performing successfully when elevated moisture diminishes to an acceptable level over time and does not recur in sustained elevated levels in the long term.

*Should the repair be monitored?*

Yes. You should hire a professional experienced in EIFS water intrusion inspections to perform follow-up inspections within six months after the repair. Then once every year the effectiveness of the repair should be monitored as part of the whole house moisture survey. If the repair is not successful, elevated moisture levels will be detected and the repair method should be evaluated for effectiveness and reason for failure. After making additional repairs, follow up with another inspection until such time that the moisture level becomes acceptable.

*How should the home be maintained?*

Frequent visual inspection should include thorough checking of windows, flashing and sealant/caulk. Damaged flashing should be repaired or replaced immediately. Cracks or deteriorated sealants should be repaired or removed and replaced. Periodic moisture testing would be prudent, especially for houses that were diagnosed with elevated moisture levels. Homeowners should refer to the manufacturer's maintenance and repair instructions. Information is also available from the NAHB Research Center's HomeBase Hotline, 800-898-2842, and website www.nahbrc.org.

Case 1:07-cv-01331-RBK-JS   Document 17-11   Filed 01/31/08   Page 63 of 65

# MYTH:

*All houses clad with EIFS must be reclad if it was not installed precisely to the manufacturer's specifications.*

False.   With proper maintenance, EIFS cladding can provide satisfactory service even if its installation deviated from the published manufacturer's specifications and details.   Homeowners should consider the following to make an informed decision:

- Does the substrate have prolonged excessive moisture that causes decay?
- If water intrusion has occurred, what is the extent of damage? Do the areas requiring repair represent the majority of the cladding area or are they localized areas?
- Is the cost to repair the house in excess of the cost to reclad?

*All EIFS clad houses that were built precisely to the EIFS manufacturer's specifications are not susceptible to the water intrusion problem.*

False.  Architectural design, severity of weather (rain fall), exposure, and the performance and integration of other building components usually determine whether water infiltration behind the EIFS will occur.  Although the likelihood of water penetration through the lamina is remote, it can enter the system through cracks in the lamina.

*A proper caulk joint with backer rod and caulking will eliminate water intrusion at windows.*

False.  Window leakage may circumvent the caulk joint. One area known for its high potential to deposit water behind the backer rod and sealant is the mulled joint between adjoining windows.  Water tightness of the mulled window joint is independent of the windows' perimeter seal and therefore requires special sealing and/or flashing to discharge leakage to the exterior.

*The water intrusion problems associated with EIFS are unique to Wilmington, North Carolina.*

False.  While the problems were discovered in Wilmington, North Carolina, this in no way means you could not have similar moisture intrusion problems where you live.  Field investigations of non-drainable EIFS in other areas of the county have identified entrapped excessive moisture resulting from water intrusion.  The degree to which the problem may exist in your area could be influenced by local climatic conditions.  The more rain, the greater the likelihood of having a water intrusion problem.  In arid climates the opportunity for water intrusion is smaller and there is more opportunity for drying of any incidental water intrusion.  It is recommended that all homeowners of EIFS clad houses have their houses tested for water intrusion at least once.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY

          Plaintiff,

          vs.

PARKSHORE DEVELOPMENT
CORPORATION

and

CATALINA COVE CONDOMINIUM
ASSOCIATION, INC.

and

KEEN'S CAULKING AND
WATERPROOFING

and

ABC CORPORATION I through ABC
CORPORATION X, fictitious names,

          Defendants.

Civil Action No. 07-1331 (RBK-JS)

Document Electronically Filed

RETURN DATE: March 3, 2008

## CERTIFICATE OF SERVICE

I, MICHAEL S. SAVETT, a partner in the law firm of Weber Gallagher Simpson Stapleton Fires & Newby LLP, attorneys for Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, hereby certify that on January 31, 2008, I filed Plaintiff's Notice of Motion for Summary Judgment and accompanying papers via Electronic Filing.

I also certify that on January 31, 2008, I sent a copy of the within Notice of Motion for Summary Judgment and accompanying papers, via New Jersey Lawyers Service, to the following:

Salvatore Perillo, Esquire
Perskie Nehmad & Perillo
P.O. Box 730
Somers Point, NJ  08244
Attorneys for Defendant, Parkshore Development Corporation

and

Hon. Robert B. Kugler, Jr., U.S.D.J.
United States District Court – District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

BY: s/ Michael S. Savett_____
Michael S. Savett, Esquire (MSS6520)
WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP
1101 N. Kings Highway, Suite 405
Cherry Hill, NJ  08034
(856) 667-9111
(856) 667-9485 FAX

Attorney for Plaintiff, Pennsylvania
National Mutual Casualty Insurance
Company

2