Salvatore Perillo, Esq.
**NEHMAD PERILLO & DAVIS, P.C.**
P.O. Box 730
Somers Point, New Jersey  08244
(609)927-1177
(SP-8248)
Attorneys for Defendant, Parkshore Development Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | |
| Plaintiff, | Civil Action No.:  07-1331 (RBK-JS) |
| vs. | |
| PARKSHORE DEVELOPMENT CORPORATION, | **NOTICE OF CROSS-MOTION** |
| and | **(Returnable March 17, 2008)** |
| CATALINA COVE CONDOMINIUM ASSOCIATION, INC., | |
| and | |
| KEEN'S CAULKING AND WATERPROOFING, | |
| and | |
| ABC CORPORATION 1 through ABC CORPORATION X, fictitious names, | |
| Defendants. | |

**TO:** Michael S. Savett, Esq.
Weber, Gallagher, Simpson, Stapleton,
Fires & Newby, LLC
1101 N. Kings Highway
Cherry Hill, New Jersey  08034
Attorneys for Plaintiff, Pennsylvania National Mutual
Casualty Insurance Company

**PLEASE TAKE NOTICE THAT**, the undersigned will apply pursuant to Fed. R. Civ. P. 56(b) to the above named Court at the United States District Court for the District of New Jersey, Camden Vicinage, as soon as counsel may be heard, for an Order granting partial judgment in favor of the defendant, Parkshore Development Corporation, ("Parkshore") declaring that plaintiff Pennsylvania National Mutual Insurance Company ("Penn National") is obligated to defend Parkshore against the claims asserted in the underlying action entitled <u>Catalina Cove Condominium Association, Inc. v. Parkshore Development Corporation, et al.</u>, Superior Court of New Jersey, Atlantic County, Law Division, Docket No. L-5364-06, and to reimburse Parkshore for fees and costs it has incurred in the defense of that action to date.

In support of this Motion, said defendant will rely upon the attached Brief, Certification, Exhibits and Affidavit of Kenneth R. Steinberg. Attached is a proposed form of Order. No oral argument is requested.

                                        NEHMAD PERILLO & DAVIS, P.C.
                                        Attorneys for Defendant,
                                        Parkshore Development
                                        Corporation

                                        BY: <u>s/Salvatore Perillo (SP8248)</u>
                                                  SALVATORE PERILLO

Dated: March 3, 2008