Salvatore Perillo, Esq.
**NEHMAD PERILLO & DAVIS, P.C.**
P.O. Box 730
Somers Point, New Jersey  08244
(609)927-1177
(SP-8248)
Attorneys for Defendant, Parkshore Development Corporation

# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>PARKSHORE DEVELOPMENT CORPORATION,<br><br>and<br><br>CATALINA COVE CONDOMINIUM ASSOCIATION, INC.,<br><br>and<br><br>KEEN'S CAULKING AND WATERPROOFING,<br><br>and<br><br>ABC CORPORATION 1 through ABC CORPORATION X, fictitious names,<br><br>      Defendants. | Civil Action No.:  07-1331 (RBK-JS)<br><br>**CERTIFICATION OF COUNSEL** |

    **I, SALVATORE PERILLO,** of full age, do hereby certify as follows:

1.  I am an attorney at law of the State of New Jersey and am a partner with the law firm of Nehmad Perillo & Davis, P.C., counsel for the defendant, Parkshore Development Corporation, in the within matter.

2.  I am making this Certification in support of the attached Brief on Behalf of Defendant Parkshore Development Corporation in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion, returnable March 17, 2008.

3.  I have been entrusted with the handling of the within matter and am fully familiar with the facts and circumstances surrounding plaintiff's motion and defendant's cross-motion.

4.  Attached hereto as Exhibit A is a true and complete copy of the report of Michael W. Hyland dated April 4, 2006.

5.  Attached hereto as Exhibit B is a true and complete copy of Declarations pages of Penn National Mutual Insurance Company policy #CL9 0014082 for policy periods commencing March 1, 1989, March 1, 1990, March 1, 1991, together with the Broad Form Property Damage liability endorsement contained in those policies.

6.  Attached hereto as Exhibit C is a true and complete copy of Declarations pages of Penn National Mutual Insurance Company policy #CL9 0014082 for consecutive policy years from March 1, 1992 through March 1, 2007 together with Exclusion (l) contained in those policies.

7. Attached hereto as Exhibit D is a true and complete copy of publication of the Insurance Services Office, Inc. "Introduction and Overview," Third Edition 1986, Commercial General Liability. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              <u>S/ Salvatore Perillo (SP8248)</u>
                                                    SALVATORE PERILLO

Dated: March 3, 2008