SALVATORE PERILLO (SP8248)
NEHMAD PERILLO & DAVIS, P.C.
P.O. Box 730
Somers Point, New Jersey  08244
Phone:  (609) 927-1177
Fax:  (609) 926-9721
Attorney for Defendant, Parkshore
Development Corporation


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | : : : |
| Plaintiff, | : : Civil Action No.:  07-1331 (RBK-JS) |
| vs. | : : |
| PARKSHORE DEVELOPMENT CORPORATION, | : : |
| and | : **AFFIDAVIT OF** |
| CATALINA COVE CONDOMINIUM ASSOCIATION, INC., | : **KENNETH R. STEINBERG** : : |
| and | : : |
| KEEN'S CAULKING AND WATERPROOFING, | : : : |
| and | : : |
| ABC CORPORATION 1 through ABC CORPORATION X, fictitious names, | : : : : |
| Defendants. | : : |

STATE OF NEW JERSEY:
                         :    SS:
COUNTY OF ATLANTIC   :


I, **KENNETH R. STEINBERG,** of full age, and being duly sworn according to law, upon his oath deposes and says:

1.    I am the President of Parkshore Development Corporation (hereinafter "Parkshore") located in Linwood, New Jersey.  I have held that position since approximately 1990.

2.    In that capacity, I am familiar with the construction of the Catalina Cove Condominium units in Linwood, New Jersey including the subcontracts that Parkshore entered into for the site and building construction.

3.    I have reviewed Parkshore's file concerning the construction of Catalina Cove.  The file reflects that the following work was performed by subcontractors:

> a.    Roofing, which included installation of flashings, was performed by three different subcontractors, M.T. Construction, Seashore Construction and Eagle Construction;

> b.    Framing work, which also included installation of the sheathing, windows, gable vents, wood fascia trims and vinyl siding, was performed by D.W. Hermann;

2

  c. Andersen windows and doors were supplied and assembled by Mansion Supply and Universal Supply.

  d. Caulking/sealant work as well as the stucco finish was done by Surfaces/Lanzi;

  e. Mechanical vent hoods for dryers and bathrooms were installed by the HVAC contractors, J. Wittman & Sons and Brittain Electric;

  f. The irrigation system was installed by Paul Chubb Irrigation;

  g. Rough site grading was performed by H. Minuth and final grading was done by Bayview Garden Nurseries;

  h. Foundation construction was performed by Volpe Masonry;

  i. Gutters and leaders were installed by Classic Gutters.

4. Construction of the first unit at Catalina Cove was completed in 1989 and the Certificate of Occupancy issued on December 14, 1989. Construction of the last unit at Catalina Cove was completed in 1998 and the Certificate of Occupancy issued on August 27, 1998.

5. In July 1999 Parkshore was notified by Catalina Cove Condominium Association (hereinafter "the Association") that stucco around some of the windows had not been caulked properly

and they were leaking.

     6.    Parkshore retained a subcontractor, Keen's Caulking and

Waterproofing, to perform the recaulking as requested by the

Association.

_____
KENNETH R. STEINBERG


Sworn and subscribed to
before me this ___27th___ day of
February 2008.


A Notary Public of the
State of New Jersey

**THERESA M. GAWLE**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires March 3, 2002
      ↳ MARCH 8, 2012

4