Salvatore Perillo, Esq.
**NEHMAD PERILLO & DAVIS, P.C.**
P.O. Box 730
Somers Point, New Jersey  08244
(609)927-1177
(SP-8248)
Attorneys for Defendant, Parkshore Development Corporation

# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>PARKSHORE DEVELOPMENT CORPORATION,<br><br>and<br><br>CATALINA COVE CONDOMINIUM ASSOCIATION, INC.,<br><br>and<br><br>KEEN'S CAULKING AND WATERPROOFING,<br><br>and<br><br>ABC CORPORATION 1 through ABC CORPORATION X, fictitious names,<br><br>          Defendants. | Civil Action No.:  07-1331 (RBK-JS)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO L.CIV.R. 7.1(i)**<br><br>**RETURN DATE: October 17, 2008** |

TO:   William T. Walsh, Clerk
      United States District Court
      District of New Jersey
      Mitchell H. Cohen U.S. Courthouse
      1 John F. Gerry Plaza
      Camden, New Jersey 08101

Michael S. Savett, Esq.
Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLC
1101 N. Kings Highway
Cherry Hill, NJ  08034
Attorneys for plaintiff, Pennsylvania National Mutual Casualty Insurance Company

**PLEASE TAKE NOTICE THAT**, the undersigned will apply to the above named Court at the United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101, on Friday, October 17, 2008, or as soon thereafter as counsel may be heard, for an Order granting defendant's Motion for Reconsideration.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, said defendant will rely upon defendant's brief in support of defendant's Motion for Reconsideration submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with Rule 7.1(e) of the Local Rules of this Court, a proposed Order is annexed hereto.

**NEHMAD PERILLO & DAVIS, P.C.**

S/ Salvatore Perillo (SP8248)
SALVATORE PERILLO

Dated: September 22, 2008