Salvatore Perillo, Esq.
**NEHMAD PERILLO & DAVIS, P.C.**
P.O. Box 730
Somers Point, New Jersey  08244
(609)927-1177
(SP-8248)
Attorneys for Defendant, Parkshore Development Corporation

**IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    vs.<br><br>PARKSHORE DEVELOPMENT CORPORATION,<br><br>and<br><br>CATALINA COVE CONDOMINIUM ASSOCIATION, INC.,<br><br>and<br><br>KEEN'S CAULKING AND WATERPROOFING,<br><br>and<br><br>ABC CORPORATION 1 through ABC CORPORATION X, fictitious names,<br><br>       Defendants. | Civil Action No.:  07-1331 (RBK-JS)<br><br>**CERTIFICATION** |

**SALVATORE PERILLO**, certifies that:

   1.   I am an attorney at law of the State of New Jersey and a

partner with the firm of Nehmad, Perillo & Davis, P.C., counsel for defendant Parkshore Development Corporation, in the within matter. I am fully familiar with the facts in this case.

2. This Certification is submitted in support of defendant's Motion for Reconsideration of the Court's Order denying Summary Judgment to defendant, and granting Partial Summary Judgment to plaintiff in this matter.

3. Defendant relies upon the brief attached, defendant's brief in support of its Motion for partial Summary Judgment and in opposition to plaintiff's Motion for Summary Judgment.

4. I certify that the foregoing statements made by me and true to the best of my knowledge and belief.

                                               S/ Salvatore Perillo (SP8248)
                                               SALVATORE PERILLO

Dated: September 22, 2008